UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTOR L. CANDELARIO,

    Petitioner,

v.

RON VAN BOENING,

    Respondent .

Case No.  C08-5124BHS/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

    (1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

    (2)    Petitioner's application to proceed *in forma pauperis* (Dkt. # 1) is **DENIED**; and

    (3)    the Clerk is directed to send copies of this Order to Petitioner.

DATED this 9th day of April, 2008.

                                BENJAMIN H. SETTLE
                                United States District Judge

ORDER