# United States District Court

WESTERN DISTRICT OF WASHINGTON

VICTOR L CANDELARIO                          JUDGMENT IN A CIVIL CASE

      v.

RON VAN BOENING                              CASE NUMBER: C08-5124BHS

      ____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court **ADOPTS** the Report and Recommendation (Dkt. #10).

2. The petition in this is **DISMISSED**.

May 15, 2008                                   BRUCE RIFKIN
                                               Clerk

                                               s/ D. Forbes
                                               By, Deputy Clerk